# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1319
_____

FRANK CARTER, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

September 18, 2019


PER CURIAM.

AFFIRMED.

ROWE, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Frank Carter, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.